# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| COMVERGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| ENTEK SYSTEMS, LLC, and ) | |
| ENTEK SYSTEMS, INC ) | 2:13-CV-0026 |
| ) | |
| Defendants. ) | |

## ENTEK SYSTEMS, INC. AND ENTEK SYSTEMS, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OPENING CLAIM CONSTRUCTION BRIEF IN EXCESS OF TWENTY-FIVE PAGES

Defendants EnTek Systems, Inc. and EnTek Systems, LLC ("Defendants" or "EnTek") hereby respectfully request leave to file their Opening Claim Construction Brief pursuant to Local Patent Rule 6.5 in a length exceeding twenty-five (25) pages.

Defendants note that Local Rule 7.1(D) states that without prior permission of the court, "briefs filed in support of a motion or in response to a motion are limited in length to twenty-five (25) pages." However, claim construction briefs are filed pursuant to Local Patent Rule 6.5, and not in support of a particular motion. Therefore, because Defendants are unsure whether the page limitation applies to claim construction briefs, and out of an abundance of caution, EnTek

respectfully requests leave of this Court to allow EnTek fifty (50) pages for its Opening Claim Construction Brief. EnTek notes that the Court has already granted a similar motion filed by Comverge, allowing it fifty (50) pages for its Opening Claim Construction Brief.

EnTek has met and conferred with counsel for Comverge, and Comverge does not oppose this Motion.

A proposed order has been attached as Exhibit A for the Court's convenience.

Respectfully submitted this 22nd day of January, 2014.

s/Stephen M. Dorvee
Stephen M. Dorvee
Ga. Bar No. 226989
Arnall Golden Gregory LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
Telephone: (404-873-8500)
Facsimile: (404-873-8501)

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| COMVERGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 2:13-cv-00026-RWS |
| v. | ) | |
| | ) | |
| ENTEK SYSTEMS, LLC, | ) | |
| and | ) | |
| ENTEK SYSTEMS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

Counsel certifies pursuant to L.R. 7.1, that this Motion was prepared using Times New Roman font, 14 point type.

This 22nd day of January, 2014.

s/Stephen M. Dorvee
Stephen M. Dorvee
Georgia Bar No. 226989

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| COMVERGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:13-cv-00026-RWS |
| ENTEK SYSTEMS, LLC, ) | |
| and ) | |
| ENTEK SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013 I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

This 22nd day of January, 2014.

s/Stephen M. Dorvee
Stephen M. Dorvee
Georgia Bar No. 226989

4